# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MISTY M. ROGERS**, <br><br> Plaintiff, <br><br> v. <br><br> **CAROLYN W. COLVIN,** <br> Commissioner of Social Security, <br><br> Defendant. | Civil Action No. 7:12-CV-86 (HL) |

### ORDER

Pursuant to the Joint Stipulation filed by the parties on October 30, 2013, Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act and the Social Security Act (Doc. 18) is dismissed. Defendant is ordered to pay $4,478.98 in attorney's fees under the terms set forth in the Joint Stipulation.

**SO ORDERED**, this the 31st day of October, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh